IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TAMBURELLO,<br>    Plaintiff,<br><br>v.<br><br>CITY OF ALLENTOWN,<br>    Defendant. | :<br>:<br>:<br>:  Civil No. 5:20-cv-06153-JMG<br>:<br>:<br>: |

**ORDER**

**AND NOW**, on this 3rd day of August, 2021, upon consideration of Defendant's Motion to Dismiss and/or Strike Plaintiff's Complaint (ECF No. 5), and Plaintiff's response thereto (ECF No. 6), it is hereby **ORDERED** that the Motion (ECF No. 5) is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's hostile work environment claims (Counts III and IV) are **DISMISSED without prejudice.** Plaintiff may file an amended complaint no later than **August 23, 2021**.

2. Defendant's request to strike paragraphs 16 through 33 of the complaint is **DENIED**.

                                                BY THE COURT:

                                                */s/ John M. Gallagher*
                                                JOHN M. GALLAGHER
                                                United States District Court Judge