# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TAMBURELLO,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ALLENTOWN,<br>　　　　　Defendant. | :<br>:<br>:<br>:  Civil No. 5:20-cv-06153-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 7th day of February, 2022, after careful consideration of Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response in Opposition (ECF No. 18), Defendant's Reply (ECF No. 21), and for the reasons provided in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**.
2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.
3. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge